IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSEPH R. ALBERTS,

      Appellant,

 v.

Case No.  5D21-2048
LT Case No. 2020-SC-046768

PARRISH MEDICAL CENTER, SPACE
COAST RADIOLOGY ASSOCIATES AND
CARMONA PATHOLOGY ASSOCIATES, P.A.,

      Appellees.

_____/

Decision filed April 26, 2022

Appeal from the County Court
for Brevard County,
Michelle Vitt Baker, Judge.

Jason R. Kobal, of Kobal Law, P.A.,
Tampa, for Appellant.

John M. Brennan and John M.
Brennan, Jr., of Gray Robinson,
P.A., Orlando, for Appellee, Parrish
Medical Center.

No Appearance for Other Appellees.

PER CURIAM.

     AFFIRMED.

WALLIS, SASSO and WOZNIAK, JJ., concur.